UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S<small>UREFIL</small> LLC,

    Plaintiff,

v.

B<small>ONNE</small> B<small>ELL</small> LLC ,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cv-379

# ORDER GRANTING JOINT MOTION
# TO AMEND CASE MANAGEMENT ORDER

This matter is before the Court on the parties' Joint Motion to Amend Case Management Order (Dkt. #27). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Joint Motion to Amend Case Management Order (Dkt. #27) is **GRANTED**. The deadline to complete discovery is extended to **March 8, 2010**. The deadline to file dispositive motions is extended to **March 8, 2010**.

**IT IS FURTHER ORDERED** that responses to dispositive motions shall be due 14 days after service and leave of court is required to file a reply brief.

Date: January 28, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge