UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S̲u̲r̲e̲f̲i̲l̲ LLC,

       Plaintiff,

v.

B̲o̲n̲n̲e̲ B̲e̲l̲l̲ LLC ,

       Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cv-379

## ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENT

This matter is before the Court on Defendant Bonne Bell LLC's Motion for Leave to Reply to Plaintiff's Response to Bonne Bell's Motion for Summary Judgment (Dkt. #31). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant Bonne Bell LLC's Motion for Leave to Reply to Plaintiff's Response to Bonne Bell's Motion for Summary Judgment (Dkt. #31) is **GRANTED**. Defendant shall file its reply within 48 hours of receiving the Court's order.

Date: March 31, 2010

     /s/ Paul L. Maloney
     Paul L. Maloney
     Chief United States District Judge