UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SUREFIL, LLC,
        Plaintiff,

                                         No. 1:09-cv-379
-v-

                                    HONORABLE PAUL L. MALONEY
BONNE BELL, LLC,
        Defendant.


<u>JUDGMENT</u>

      Having granted Defendant Bonne Bell's motion for summary judgment, pursuant to Rule 58

of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in Defendant Bonne Bell's favor

and against Plaintiff Surefil.

      **THIS ACTION IS TERMINATED.**

      **IT IS SO ORDERED.**


Date:   August 4, 2010                         /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             Chief United States District Judge